IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONE STAR INDUSTRIES, INC., : <br> : <br> Plaintiff, : <br> v. : <br> : <br> BESSER COMPANY, : <br> : <br> Defendant. : <br> : <br> : | CIVIL ACTION <br><br> NO. 11-1481 |

## ORDER

**AND NOW**, this \_\_\_\_ day of April, 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. 23), Plaintiff's Response in Opposition thereto (Doc. 25), and Defendant's Reply (Doc. 26), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated April \_\_\_, 2013.